UNITED STATES of America, Plaintiff–Appellee

v.

Elsar Antonio ESCOBAR, Defendant–Appellant.

No. 13–40010
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 20, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Elsar Antonio Escobar raises an argument that he concedes is foreclosed by *United States v. Rodriguez,* 711 F.3d 541, 562 n. 28 (5th Cir.2013) (en banc), *petition for cert. filed* (June 6, 2013) (No. 12–10695), in which this court concluded that the generic, contemporary definition of

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

"sexual abuse of a minor" does not include the age-differential requirement that Escobar asserts is required. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

